David POLLARD *v.* STATE of Arkansas

CR 92-609                               831 S.W.2d 614

Supreme Court of Arkansas
Opinion delivered June 8, 1992

*Robert L. Lowery*, for appellant.

No response.

PER CURIAM. Appellant, David Pollard, by his attorney, has filed for a rule on the clerk.

His attorney, Robert L. Lowery, admits that the record was tendered late due to a mistake on his part.

We find that such an error, admittedly made by the attorney for a criminal defendant, is good cause to grant the motion. *See* our Per Curiam opinion dated February 5, 1979, In

Re: Belated Appeals in Criminal Cases, 265 Ark. 964.

A copy of this opinion will be forwarded to the Committee on Professional Conduct.